# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

QUINTIN J. STEVENS,

    Plaintiff,

v.

LAKELAND REGIONAL HEALTH CENTER,

    Defendants.

NO. 2:19-cv-01797-RSM

ORDER OF TRANSFER

Plaintiff Quintin J. Stevens filed a motion for leave to proceed *in forma pauperis* and a complaint alleging medical malpractice. Dkts. 1 and 1-1. Plaintiff states that he lives in Seattle, Washington and that he was put into an induced coma for over a month "due to foreign objects in surgery" presumably at Lakeland Regional Health Center in Lakeland, Florida. *Id.*

Because the defendant is in a district outside of this one, and all events giving rise to Plaintiff's claims appear to have occurred at the Lakeland Regional Health Center in Lakeland, Florida, venue is proper in the United States District Court for the Middle District of Florida. *See* 28 U.S.C. § 1391(b).

When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. 1406(a). The Court concludes that it is in the interest of justice to transfer

ORDER OF TRANSFER - 1

the instant action so that the District Court for the Middle District of Florida can screen the case under its own requirements and 28 U.S.C. § 1915(g).

Accordingly, this case is hereby **TRANSFERRED** to the United States District Court for the Middle District of Florida. The Clerk is directed to transfer this case, and to send copies of this Order to Plaintiff and to the Honorable Brian A. Tsuchida.

DATED this 8th day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE